UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GOOTEE CONSTRUCTION, INC.** | * | CIVIL ACTION NUMBER: |
| Plaintiff | * | |
| | * | 2:15-CV-03185-SSV-KWR |
| **VERSUS** | * | |
| | * | JUDGE VANCE - SECTION R |
| **TRAVELERS PROPERTY CASUALTY** | * | |
| **COMPANY OF AMERICA** | * | MAGISTRATE ROBY - DIVISION (4) |
| Defendant | * | |

* * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS
## ON BEHALF OF
## GOOTEE CONSTRUCTION, INC.

Gootee Construction, Inc. ("Gootee"), plaintiff, upon suggesting to the Court that Plaintiff has settled and resolved all of its disputes with defendant, Travelers Property Casualty Company of America, moves the Court to dismiss all claims of Plaintiff against Defendant in the above-captioned action with prejudice, with each party to bear its own costs.

Respectfully submitted,

GARDNER & KEWLEY
A Professional Law Corporation

  /s/  W. Lee Kohler
W. LEE KOHLER, T.A.
La. Bar No. 17658
THOMAS F. GARDNER
La. Bar No. 1373
DOUGLAS A. KEWLEY
La. Bar No. 7355
110 Veterans Boulevard, Suite 300
Metairie, Louisiana  70005
Telephone:     (504) 832-7222
Facsimile:      (504) 832-7223
**Attorneys for:**
**Gootee Construction, Inc.**

## CERTIFICATE OF SERVICE

     I hereby certify that on this 3rd day of November, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

                                                      /s/ W. Lee Kohler
                                                      W. Lee Kohler