UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GOOTEE CONSTRUCTION, INC.<br>     Plaintiff | * <br> * | CIVIL ACTION NUMBER: |
| | * | 2:15-CV-03185-SSV-KWR |
| VERSUS | * <br> * | |
| | * | JUDGE VANCE - SECTION R |
| TRAVELERS PROPERTY CASUALTY<br>COMPANY OF AMERICA<br>     Defendant | * <br> * <br> * | MAGISTRATE ROBY - DIVISION (4) |

* * * * * * * * * * * * * * * * * *

### ORDER ON
### MOTION TO DISMISS
### ON BEHALF OF
### GOOTEE CONSTRUCTION, INC.

Considering the premises set forth in Gootee Construction, Inc.'s Motion to Dismiss,

IT IS ORDERED, that all claims of Gootee Construction, Inc. against Travelers Property Casualty Company of America, in the above-captioned action, are hereby dismissed with prejudice, with each party to bear its own costs.

Signed this __3rd__ day of November, 2016, in New Orleans, Louisiana.

_Sarah Vance_
HON. SARAH S. VANCE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA